MEADOWLAND REGIONAL DEVELOPMENT AGENCY *ET AL.* v. HACKENSACK MEADOWLANDS DEVELOPMENT COMMISSION, *ET AL.*

September 21, 1972. Petition for certification denied. (See 119 *N. J. Super.* 572).

HELENE ZALEJKO v. RADIO CORPORATION OF AMERICA.

September 21, 1972. Petition for certification denied.

OSCAR YEAGER, *ET AL.* v.
TOWNSHIP OF MANSFIELD, *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v.
RALPH MICHAEL CARBONE, *ET AL.*

September 21, 1972. Petition for certification denied.

THEODORE BABOULIS v. GUISEPPE BORRELLO, *ET AL.*

September 21, 1972. Petition for certification denied.

HELEN M. SHILOWITZ v. STEPHEN SHILOWITZ, Ind. *ET AL.*

September 21, 1972. Petition for certification denied. (See 119 *N. J. Super.* 311).